Form 4-1

| | |
|---|---|
| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 4 |

| | |
|---|---|
| HOSHINE SILICON (JIA XING) INDUSTRY CO., LTD.<br><br>                              Plaintiffs,<br><br>v.<br><br>UNITED STATES, et al.<br>                              Defendants.* | **SUMMONS**   Ct. No. 24-00048 |

**TO:**   The Above-Named Defendant:

You are hereby summoned and required to serve on plaintiff's attorney, whose name and address are set out below, an answer to the complaint which is herewith served on you, within 21 ** days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.



/s/ **Mario Toscano**
Clerk of the Court

Name, Address, Telephone Number and
E-mail Address of Plaintiff's Attorney

/s/ Craig A. Lewis
Signature of Plaintiff's Attorney

Craig A. Lewis
Hogan Lovells US LLP
555 13th Street, N.W.
Washington, DC 20004
(202) 637-8613
craig.lewis@hoganlovells.com

2/20/2024
    Date

\*  A full list of parties is attached.

\*\* If the United States or an officer or agency thereof is a defendant, the time to be inserted as to it is 60 days, except that in an action described in 28 U.S.C. § 1581(f) the time to be inserted is 14 days.

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017.)

## UNITED STATES COURT OF INTERNATIONAL TRADE

Court No. 24-00048

HOSHINE SILICON (JIA XING) INDUSTRY CO,, LTD.,

*Plaintiff*,

v.

UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; FORCED LABOR ENFORCEMENT TASK FORCE; ALEJANDRO N. MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; and TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*,

*Defendants*.