**FORM 13**

## UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York  10278

### DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by  Craig A. Lewis  
(Name of attorney of record)

on behalf of  Hoshine Silicon (Jia Xing) Industry Co., Ltd.  in the matter of  Hoshine Silicon (Jia Xing) Industry Co., Ltd.  v.  United States et al. ,
Court No.  24-00048 .

1. If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

Hoshine Silicon (Jia Xing) Industry Co., Ltd. is a wholly owned subsidiary of publicly-owned company.
Hoshine Silicone Industry. Co., Ltd., and it has no publicly-owned subsidiary or affiliate companies.

2. Indicate whether the party on whose behalf this Form is being filed is ☑ or is not ☐ the real party in interest.  If not, identify below the real party in interest.

3. If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)
N/A

/s/ Craig A. Lewis                     2/20/2024
(Signature of Attorney)                  (Date)

**SEE REVERSE SIDE**

(Added Nov. 4, 1981, eff. Jan. 1, 1982; as amended Dec. 18, 2001, eff. Apr.1, 2002; Sept. 28, 2004, eff. January 1, 2005.)