FORM 11-1

UNITED STATES COURT OF INTERNATIONAL TRADE FORM 11

Hoshine Silicon (Jia Xing) Industry Co., Ltd.
 Plaintiff,

v.
United States of America, et al.
 Defendant.

Court No.: 24-00048

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Hoshine Silicon (Jia Xing) Industry Co., Ltd._____, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Craig A. Lewis_____.

Date: 2/20/2024

Craig A. Lewis
Attorney

Hogan Lovells US LLP
Firm

555 13th St NW
Street Address

Washington, DC
City, State and Zip Code

(202) 637-8613
Telephone Number

craig.lewis@hoganlovells.com
E-mail Address

FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**   FORM 11

| | |
|---|---|
| Hoshine Silicon (Jia Xing) Industry Co., Ltd.<br>　　　　　　　　　Plaintiff,<br>　v.<br>United States of America, et al.<br>　　　　　　　　　Defendant. | Court No.:　　24-00048 |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Hoshine Silicon (Jia Xing) Industry Co., Ltd._____, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Jonathan T. Stoel_____.

Date: 2/20/2024

Jonathan T. Stoel
_____
Attorney

Hogan Lovells US LLP
_____
Firm

555 13th St NW
_____
Street Address

Washington, DC
_____
City, State and Zip Code

(202) 637-6634
_____
Telephone Number

Jonathan.stoel@hoganlovells.com
_____
E-mail Address

FORM 11-1

UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 11

Hoshine Silicon (Jia Xing) Industry Co., Ltd.
                                    Plaintiff,

v.                                                       Court No.:   24-00048
United States of America, et al.
                                    Defendant.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for plaintiff, Hoshine Silicon (Jia Xing) Industry Co., Ltd. _____, in this action

☐ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Kelly Zhang _____.

Date: 2/20/24

Kelly Zhang
Attorney

Hogan Lovells US LLP
Firm

555 13th St NW
Street Address

Washington, DC
City, State and Zip Code

(202) 637-6905
Telephone Number

kelly.zhang@hoganlovells.com
E-mail Address