## CERTIFICATE OF SERVICE

*Hoshine Silicon (Jia Xing) Industry Co., Ltd. v. United States et al.*
**Court No. 24-00048**

I, Kelly Zhang, certify that a copy of the foregoing Summons, Form 5, Form 11, Form 13, and Complaint was served on the following parties, via CERTIFIED MAIL, RETURN RECEIPT REQUESTED, or REGISTERED MAIL, RETURN RECEIPT REQUESTED on February 21, 2024:

Justin R. Miller
Attorney-in-Charge
International Trade Field Office
DEPARTMENT OF JUSTICE
26 Federal Plaza, Room 346
New York, NY 10278

Office of the General Counsel
U.S. DEPARTMENT OF HOMELAND SECURITY
245 Murray Lane, SW
Mail Stop 0485 Washington, DC 20528-0485

Office of Chief Counsel
U.S. CUSTOMS AND BORDER PROTECTION
1300 Pennsylvania Avenue, Suite 4.4-B
Washington, D.C. 20229

 /s/ Kelly Zhang
Kelly Zhang

**HOGAN LOVELLS US LLP**