UNITED STATES COURT OF INTERNATIONAL TRADE
NEW YORK, NEW YORK

| | |
|---|---|
| HOSHINE SILICON (JIA XING) INDUSTRY CO., LTD., *Plaintiff*, v. UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; ALEJANDRO N. MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; and TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*, *Defendants*. | Court No. 24-00048 Judge: Claire R. Kelly |

## ORDER

Upon consideration of Plaintiff's Consent Motion to Amend Summons, and all other papers submitted herein:

**ORDERED** that Plaintiff's Consent Motion to Amend Summons is hereby **GRANTED**

_____, JUDGE

Dated_____, 2024
New York, New York

1