**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE**

|  |  |
|---|---|
| HOSHINE SILICON (JIA XING) INDUSTRY CO., LTD.,<br><br>             *Plaintiff*,<br><br>       v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; ALEJANDRO N. MAYORKAS, *in his official capacity as the Secretary of the Department of Homeland Security*; and TROY A. MILLER, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*,<br><br>             *Defendants*. | Court No. 24-00048 |

## JOINT MOTION FOR A JUDICIAL PROTECTIVE ORDER

Plaintiff and defendants, by their respective counsel, do hereby jointly move this Court to enter the attached stipulated protective order ("PO"), agreed to by the parties in this action.  The PO will require that confidential information filed with the Court in this action, and so identified, shall after entry of the attached PO, be made available to the parties' respective counsel, and others permitted by, and in accordance with, the terms of the PO.  The PO and the Court of International Trade Rule 5.2 and Administrative Order 02-01 will govern the handling, use, safeguarding, and disposal of Confidential Information produced in connection with this action.

Respectfully submitted,

By:       /s/ Craig A. Lewis

Craig A. Lewis

Jonathan T. Stoel
Kelly Zhang
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
(202) 637-8613
craig.lewis@hoganlovells.com

*Counsel for Plaintiff*


BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

/s/ Alison S. Vicks
ALISON S. VICKS
Senior Trial Counsel
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
P.O. Box 480
Ben Franklin Station
Washington D.C. 20044
Tel: (202) 305-7573
Email: Alison.S.Vicks@usdoj.gov

/s/ Hardeep K. Josan
HARDEEP K. JOSAN
Trial Attorney
U.S. Department of Justice
International Trade Field Office
26 Federal Plaza
New York, NY 10278
(212) 264-9245


*Attorneys for Defendant*

Dated: March 15, 2024

2