

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

**<u>NON CONFIDENTIAL</u>**

April  21, 2025

Honorable Judge Claire R. Kelly
United States Court of International Trade
One Federal Plaza
New York, NY 10278-0001

**Re:** *Hoshine Silicon (Jia Xing) Industry Co., Ltd. v. United States et al., Court No. 24- 00048*

Dear Judge Kelly:

Plaintiff Hoshine Silicon (Jiaxing) Industry Co., Ltd. respectfully submits this letter in response to the Court's letter dated April 16, 2025 (ECF No. 57), regarding the public version of Slip Op. 25-42 and the Court's request concerning the confidentiality designations for two previously submitted exhibits: Exhibit 1 (the "Modification Petition") and Exhibit 2 (the "Denial Letter") filed on March 20, 2024 (ECF No. 17) in the above-captioned proceeding.

After carefully reviewing these fully redacted documents, Plaintiff has determined that the following information in the Modification Petition should remain confidential and should be redacted from the public version for the reasons outlined below:

- The names of third-party consultants and auditors, which constitute business proprietary information, have been redacted throughout the document;
- Hoshine's lost revenue figure disclosed on page 3;
- Information regarding Jiaxing Hoshine's corporate structure, which is business proprietary, redacted on page 4;
- Business confidential information concerning Jiaxing Hoshine's production process, redacted on pages 5 and 6; and
- Contact information for former Hogan Lovells attorneys, redacted on page 12.

In keeping with the same approach, the Denial Letter has also been redacted to protect: (1) contact information for former Hogan Lovells attorneys and personally identifiable information of one CBP employee, and (2) Jiaxing Hoshine's corporate structure.

Plaintiff is submitting revised versions of both documents with narrowly tailored double-bracketing. Please find the revised documents enclosed as **Attachment 1 – Revised Modification Petition** and **Attachment 2 – Revised Denial Letter**.  For Attachments 1 and 2, counsel for Jiaxing Hoshine confirms that all confidential information has been properly designated.  Specifically: (1) there is no additional information, not already bracketed, that should be designated as confidential or double-

**NONCONFIDENTIAL VERSION**
**CONFIDENTIAL INFORMATION DELETED FROM BRACKETS**    April  21, 2025

bracketed in the public version; and (2) all information currently double-bracketed in the documents is properly designated as confidential and should remain redacted in the public version.

As of April 21, 2025, the parties have conferred and agreed that the Plaintiff will provide proposed revised designations for each document in which it has more narrowly tailored its business proprietary information designations.  We understand that the Government does not object to these revised designations.

With respect to Slip Op. 25-42 (ECF No. 56), Plaintiff recommends removing the double-bracketing from the following content, as it is no longer deemed confidential:

- Footnote 4: *[[                                                                     ]]*
- Footnote  5: *[[*


            *]]*

For the remainder of the Opinion and Order (ECF No. 56), Jiaxing Hoshine confirms that all confidential information has been appropriately designated.  Specifically: (1) there is no additional information, not already bracketed, that should be designated as confidential or double-bracketed in the public version; and (2) all information currently double-bracketed in the document is properly designated as confidential and should remain redacted.


                                    Respectfully submitted,



                                    /s/  Craig A. Lewis_____
                                    Craig A. Lewis
                                    Jonathan T. Stoel
                                    Lindsay K. Brown
                                    Kelly Zhang

                                    HOGAN LOVELLS US LLP
                                    555 Thirteenth Street, N.W.
                                    Washington, DC 20004-1109
                                    (202) 637-8613

                                    *Counsel for Plaintiff*