# Attachment 1



Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

**NONCONFIDENTIAL VERSION**

September 12, 2023

**VIA ELECTRONIC MAIL**

Eric Choy
Director, Office of Trade, Forced Labor Division
U.S. Customs and Border Protection
1300 Pennsylvania Avenue NW
Washington, DC 20229
cbpforcedlaborwro@cbp.dhs.gov

**Re:    Request for Modification of WRO on Hoshine Silicon Industry Co., Ltd. and It's Subsidiaries**

Dear Mr. Choy and Forced Labor Division Team:

On behalf of our client, Hoshine Silicon (Jia Xing) Industry Co., Ltd. ("Jiaxing Hoshine"), we hereby submit this petition seeking to modify the Withhold Release Order on silica-based products produced by Hoshine Silicon Industry Co. Ltd. and Subsidiaries ("Hoshine WRO") currently being imposed by U.S. Customs and Border Protection ("CBP").  This petition seeks to modify the Hoshine WRO to exclude a specific and narrowly-defined supply chain described below, which is located entirely outside of Xinjiang and involves no use of forced labor.

## I.    INTRODUCTION

CBP implements 19 U.S.C. § 1307 through issuance of WROs and findings to prevent importation of merchandise produced in a foreign country in whole in part using forced labor.  On June 23, 2021, CBP issued a WRO on silica-based products produced by Hoshine Silicon Industry Co. Ltd. and its subsidiaries ("Hoshine").  The Hoshine WRO instructs CBP personnel at all U.S. ports of entry to detain shipments containing silica-based products made by Hoshine and its subsidiaries.

According to the CBP press release announcing the WRO, the scope of the Hoshine WRO applies to "silica-based products made by Hoshine and its subsidiaries as well as to materials and goods (such as polysilicon) derived from or produced using those silica-based products."[1]/

Although no reports, data, or other substantiating information has ever been released to Hoshine or to the public concerning the sources or the specific nature of the evidence underlying the allegations, CBP reportedly issued the Hoshine WRO based on information indicating that Hoshine was using forced labor to manufacture silica-based products.  CBP claims that during its

---

[1]/    See Press Release, U.S. Customs and Border Protection, *The Department of Homeland Security Issues Withhold Release Order on Silica-Based Products Made by Forced Labor in Xinjiang* (June 24, 2021) available at https://www.cbp.gov/newsroom/national-media-release/department-homeland-security-issues-withhold-release-order-silica

U.S. Customs and Border Protection
September 12, 2023

investigation, CBP identified two of the International Labour Organization ("ILO") indicators of forced labor in Hoshine's production process:  intimidation and threats, and restriction of movement.

Hoshine strongly disagrees with and denies CBP's claims that Hoshine Silicon Industry Co. Ltd. and/or its subsidiaries have used forced labor in their production processes.  Nevertheless, recognizing the practical difficulties of providing sufficient information pertaining to all of Hoshine's various supply chains, Hoshine has identified a particular supply chain involving silicone products produced by Jiaxing Hoshine in Jiaxing City, Zhejiang Province that is based entirely outside of Xinjiang (the "Jiaxing Hoshine Production Facility Supply Chain") and that can be readily documented and independently audited to be free of forced labor.  The purpose of this petition is to present that evidence and documentation to CBP and to request that CBP agree to modify the Hoshine WRO to exclude silicone products produced by Jiaxing Hoshine in its production facility located at Jiaxing city.

## II.    LEGAL BASIS FOR THE MODIFICATION REQUEST

This Petition for modification of the Hoshine WRO is submitted on the understanding that the exports of silica-based products produced by Jiaxing Hoshine (and products derived from the same) are not subject to any current measures issued under authority of the Uyghur Forced Labor Prevention Act ("UFLPA").  We note in this regard that Hoshine Jiaxing is not currently listed on the UFLPA Entity List maintained by the Department of Homeland Security ("DHS").  The UFLPA Entity List, published on August 4, 2022, designates:

> *Hoshine Silicon Industry (Shanshan) Co., Ltd (including one alias:  Hesheng Silicon Industry (Shanshan) Co.) and subsidiaries*2/

Jiaxing Hoshine is legally distinct from Hoshine Shanshan, and Jiaxing Hoshine is NOT a subsidiary of Hoshine Shanshan.  Therefore, Hoshine is not designated under the UFLPA Entity List.  Jiaxing Hoshine is only subject under Hoshine WRO. Additionally, we respectfully disagree with the designation of Hoshine Shanshan and its subsidiaries on the UFLPA Entity List.  **If you believe our modification request should be first or simultaneously submitted to the Chair of the Forced Labor Enforcement Task Force (FLETF), we respectfully request you to forward Jiaxing Hoshine's petition package to the FLETF Chair** via electronic mail at *FLETF.UFLPA.EntityList@hq.dhs.gov*.

We understand that polysilicon has been at the forefront of the UFLPA enforcement efforts, and Jiaxing Hoshine only produces silicone and silicone-based products.  Polysilicon is used to produce monocrystalline solar panels and multi-crystalline panels.  Jiaxing Hoshine only produces silicone products, which are commonly used for:

- Sealing, potting, bonding, insulation, heat conduction, flame retardant and shock absorption;

- Production of various surface treatment agents, coupling agents, and crosslinking agents;

---

2/    *Notice on the Addition of Entities to the Uyghur Forced Labor Prevention Act Entity List*, 87 Fed. Reg. 47,777 (Dep't Homeland Security, Aug. 4, 2022).

U.S. Customs and Border Protection
September 12, 2023    **NONCONFIDENTIAL VERSION**
**CONFIDENTIAL INFORMATION DELETED FROM BRACKETS**

- Production of silicone oils, silicone rubbers, and silicone resins with different degrees of polymerization;

- Production of cosmetics and body care products;

- Production of the mixing of silicone rubber, color masterbatch production additives; and

- Production of all kinds of silicone rubber products, used in electric power, electronics, wire and cable, automotive and aerospace.

Jiaxing Hoshine is entirely located in Zhejiang province, which is over 2000 miles from Xinjiang. Jiaxing Hoshine production facility's entire supply chain is also completely located outside Xinjiang.

Hoshine retained [[                    ]] and his team from [[            ]] to conduct an audit at Jiaxing Hoshine. [[                ]] has over 25 years of experience in risk and supply chain management. During this period, he has been involved in the development of industry standard methodologies for consideration of working conditions in the supply chain, and the development of company perspectives on supply chain risk management issues. He possesses extensive and first-hand knowledge of supply chain with direct experience in consideration of conditions – and the associated challenges – in most significant sourcing geographies including China, Vietnam, India, Bangladesh, Guatemala, and Mexico. In October 2022, [[                ]] and his team visited Jiaxing Hoshine's administrative, housing and production facility in Jiaxing city. The auditor had full access to the entire Jiaxing Hoshine production facility, and the auditor had the freedom to interview any employees without any interference from the company. After the thorough audit, the auditor came concluded that Jiaxing Hoshine is free from the two (2) forced labor indicators identified by CBP, and was also free from the remaining of the nine (9) ILO indicators.

In the audit report, the auditor provided recommendations to further improve working conditions. In response to the recommendations, Hoshine came up with a detailed Compliance Improvement Plan (CIP) and implemented the CIP accordingly.

Since the issuance by CBP of the Hoshine WRO, Hoshine has reached out to CBP and cooperated with CBP closely. In September 2021, Hoshine's legal counsel has sought guidance from CBP's Forced Labor Division regarding the WRO modification process. After the initial conversation with CBP, Hoshine hired a reputable consulting firm to help the company draft and implement various anti-forced labor policies and procedures. In October 2022, Hoshine's legal counsel presented its plan for the WRO Modification Petition to the Forced Labor Division and received positive feedback from the CBP Forced Labor Division.

Hoshine has suffered significant financial and reputation damages. Since Hoshine's WRO designation, Hoshine's exports to U.S. have completely stopped. Since Hoshine's WRO designation, [[                                                        ]]

The modification of Jiaxing Hoshine from WRO is consistent with the agency's policy on forced labor. In September 2022, CBP modified the WRO on Natchi Apparel (P) Ltd. AnnMarie R. Highsmith, Executive Assistant Commissioner for the CBP Office of Trade commented on this recent WRO modification, "Our efforts reinforce the dynamic work of non-governmental organizations on the ground to protect workers suffering under conditions of forced labor and of importers to source products ethically from suppliers who treat workers fairly and with dignity.

3

U.S. Customs and Border Protection
September 12, 2023          **NONCONFIDENTIAL VERSION**
                           **CONFIDENTIAL INFORMATION DELETED FROM BRACKETS**

Together, these provide a strong incentive to remediate forced labor conditions.  This modification should serve as an example to others looking to do business with the United States."[3]  In March 2020, CBP revoked the WRO for rubber gloves imported by WRP Asia Pacific Sdn. Bhd.  The process for revoking this WRO "is a result of close, continuous communication between CBP and WRP Asia Pacific to address concerns over working conditions and adherence to the International Labor Organization's labor standards," CBP stated.[4]  The collaboration between CBP and Jiaxing Hoshine will play a critical role in ensuring that imports entering the United States are free of forced labor and meet the humane and ethical standards required by U.S. law.

## III.  JIAXING HOSHINE IS INDEPENDENT FROM HOSHINE SILICON

Hoshine Silicon Industry Co., Ltd ("Hoshine Silicon") used to have three physical locations:  1) an administrative and housing facility, located at Jiaxing City, Zhejiang Province; 2) a production facility, located approximately 5 miles from the administration and housing complex in Jiaxing City; and 3) the headquarters of Hoshine, located at Cixi City, Zhejiang province.  There are 58 office and administration workers, and 845 production workers are Hoshine facilities in Jiaxing City.

[[



]]  *See* **Exhibit 1** for details of the Resolution.

In accordance with the relevant provisions of "Regulations on Safety Production License" issued by China State's Council, the Production Safety License issuing authority, the Department of Emergency Management of Zhejiang Province conducted an on-site audit, and Jiaxing Hoshine fulfilled the legal requirements and obtained the Production Safety License (the "License").  The License was issued on June 5, 2023.  According to the scope of this License, Jiaxing Hoshine's production and by-products do not include polysilicon.  *See* **Exhibit 2** for details of the License.

On June 9, 2023, Jiaxing Hoshine also obtained a renewed Business License and its current business scope includes the production of monomeric silicones and production and sale of silicone sealants.  *See* **Exhibit 3** for details of the Business License.

Jiaxing Hoshine's entire supply chain is located outside of Xinjiang, and the company only produces silicone-based products.  The key products produced by Jiaxing Hoshine include silicone, 110 Heat Transfer Vinyl, Precipitated Silicone Rubber, Fume Silicone Rubber, Cyclic Siloxane, and RTV107 Silicone Rubber.  None of its final products will be used in the polysilicon industry.

## IV.  FACTORS SUPPORTING JIAXING SUPPLY CHAIN EXCLUSION

---

[3]    *CBP Modifies Withhold Release Order on Natchi Apparel (P) Ltd.* (Sept. 7, 2022), (CBP news release can be accessed at https://www.cbp.gov/newsroom/national-media-release/cbp-modifies-withhold-release-order-natchi-apparel-p-ltd).
[4]    *Id.*

U.S. Customs and Border Protection
September 12, 2023     **NONCONFIDENTIAL VERSION**
**CONFIDENTIAL INFORMATION DELETED FROM BRACKETS**

Jiaxing Hoshine respectfully requests the CBP Forced Labor Division and other relevant US government agencies to consider the following factors in evaluating its request to exclude Jiaxing Hoshine's production supply chain from the Hoshine WRO.

## A. FREE OF 11 ILO INDICATORS OF FORCED LABOR

To help organizations identify risks or actual instances of forced labor, the International Labor Organization (ILO) has identified eleven (11) indicators of forced labor which include, abuse of vulnerability, deception, restriction of movement, isolation, physical and sexual violence, intimidation and threats, retention of identity documents, withholding of wages, debt bondage, abusive working and living conditions, and excessive overtime.

A recognized and qualified third-party auditor undertook an on-site audit of conditions at Jiaxing production facility. The audit was performed on-site on 19 and 20 October 2022. The auditor performed the following tasks:

- Reviewed facility's policies and procedures;

- Interviewed management and trade union representatives;

- Inspected the conditions in the production, canteen and living areas of the facility;

- Selected a control sample of 52 employees – in alignment with industry standard protocols for sample size based on the employee population, and conducted private, confidential interviews with all of them;

- Reviewed the facility's records including 1) personnel and payroll records – for each of the 52 employees in the control; 2) Time and wage records for the past 18 months.

The auditor came to the conclusion that Jiaxing Hoshine's production facility is free from all 11 ILO forced labor indicators. See **Exhibit 4** for details of the full audit report. The auditor, [[         ]] has over 25 years of experience in risk and supply chain management. He possesses extensive and first-hand knowledge of supply chain with direct experience in consideration of conditions – and the associated challenges – in most significant sourcing geographies including China, Vietnam, India, Bangladesh, Guatemala, and Mexico.

## B. PRODUCTION PROCESS OVERVIEW

The production process of Jiaxing Hoshine consists of four main tiers, and all key suppliers are located outside Xinjiang.

- **Tier 1**: Hoshine's suppliers purchase a number of raw materials [[                                    ]] These raw materials will be used to manufacture silicon metal in the second tier of production.

- **Tier 2**: [[


                                    ]]

5

U.S. Customs and Border Protection
September 12, 2023          **NONCONFIDENTIAL VERSION**
                  **CONFIDENTIAL INFORMATION DELETED FROM BRACKETS**

- **Tier 3**:  By using the materials from Tier 2, Jiaxing Hoshine produces silicone in its own facility in Jiaxing.

- **Tier 4**:  Jiaxing Hoshine uses the silicone from tier 3 to produce the following final products:

  - 110 Heat Transfer Vinyl

  - Precipitated silicone rubber

  - Fumed silicone rubber

  - Cyclic silicone

  - RTV107 Silicone Rubber

*See* Jiaxing Hoshine Production Flow Chart as **Exhibit 5**.

For tier 3 and tier 4, the detailed production process is set forth below:

- [[
                                                                                      ]]

- [[
                    ]]

- [[
                            ]]

- [[                                                                                              ]]

- [[                                                                                                ]]

- [[
                                                          ]]

- [[                                                                                        ]]

- [[
                      ]]

- [[                                                            ]]

- [[
                                ]]

C.  **SUPPLY CHAIN VISUALS**

1.  **Map of Physical Movement of Hoshine's Supply Chain**

6

U.S. Customs and Border Protection
September 12, 2023

In the map set forth below, it shows locations of Jiaxing Hoshine's production facility and all key suppliers of Jiaxing Hoshine are located entirely outside of Xinjiang.



\* Jiaxing Hoshine's production facility and location of its suppliers are marked in green stars in the map above.

## 2.  Mapping of Jiaxing Hoshine's Supply Chain

We have mapped the supply chain, including which entities were involved at each stage (*see* **Exhibit 6**).  The mapping includes a list of all key suppliers of Jiaxing Hoshine.  The list includes detailed address and contact information of each key supplier of Jiaxing Hoshine.

## 3.  Supply Chain Traceability

We have tracked and traced the movement of goods and materials through the supply chain, from raw materials to final product for the month of April and May 2022 (*see* **Exhibit 7**).  Exhibit 7 includes both **Exhibit 7.1** Traceability Route Map, and **Exhibit 7.2** Tracing Documents.  Exhibit 7.2 Tracing Documents are organized by the order laid out in Exhibit 7.1.

The supply chain traceability documents provide detailed information on the purchase quantity, contract, shipping documents, contract number, stock-in quantity, stock-in receipt and payment for each supplier.

7

U.S. Customs and Border Protection
September 12, 2023

**NONCONFIDENTIAL VERSION**
**CONFIDENTIAL INFORMATION DELETED FROM BRACKETS**

Consistent with the Jiaxing Hoshine's final product, Exhibit 7.1 also provides production data tables. The input tables provide relevant input and output data for the month of April and May 2022. The table records the quantity of raw materials taken out from warehouse, self-made quantity and consumption quantity of Tier 2 raw materials, and the output table records the respective consumption of Tier 4 finished products.

### 4. Anti-forced Labor Compliance Program in Jiaxing Hoshine

With the help from [[                                                    ]] Jiaxing Hoshine has implemented a robust anti-forced labor compliance program. [[                    ]] has more than 20 years of experience in the corporate social responsibility arena. She specializes in project/program management of audit programs, advising clients throughout the corporate social responsibility cycle. She has conducted over a thousand social, ethics, management systems, and environmental workplace health and safety, and mineral traceability and impact assessments in over 50 countries.

There are a number of key policies and procedures which are the backbone for Jiaxing Hoshine's anti-forced labor compliance program. The key documents include:

- **Management Commitment**: Jiaxing Hoshine's *Anti-Forced Labour Policy and Commitment of Management*[5/] was officially adopted in November 2021. It clearly states the commitment of the company's management to "not hire or force anyone to work against their will," including a prohibition regarding violating any of the 11 forced labor indicators established by the ILO.

- **Key Management Anti-forced Labor Policy**: The *Handbook of Social Responsibility Management*[6/] is a guiding management framework developed in accordance with relevant Chinese laws, regulations, and international standards set by organizations such as the ILO. It aims to improve working circumstances and conditions, safeguard labor rights, and embrace social responsibilities with practical implementation. The document clearly designates the Human Resources Department as responsible for establishing and maintaining the anti-forced labor policy. It also mandates regular investigations and evaluations of the effectiveness of related procedures to ensure employees' personal freedom and ensure the company's operations consistently comply with international labor standards and relevant Chinese laws and regulations.

- **Key Anti-Forced Labor Procedure**: Jiaxing Hoshine's *Anti-Forced Labour Procedure*[7/] came into effect on November 2021 in accordance with the 11 indicators of anti-forced labor and international labor standards set by the ILO. It serves as a detailed implementation of the anti-forced labor content in the *Handbook of Social Responsibility Management* and clearly designates the responsible department for the anti-forced labor system. The document states that Jiaxing Hoshine shall conduct regular internal and external audits, commit to implementing effective remedies and corrective measures, and ensure that the company's operations consistently comply with international labor standards and relevant Chinese laws and regulations.

---

[5/]    *See* **Exhibit 8.1,** Anti-Forced Labour Policy and Commitment of Management.
[6/]    *See* **Exhibit 8.2,** Handbook of Social Responsibility Management.
[7/]    *See* **Exhibit 8.3,** Anti-Forced Labour Procedure.

U.S. Customs and Border Protection
September 12, 2023

- **Key Employee Anti-forced Labor Policy**:  The *Employee Manual*[8] of Jiaxing Hoshine was updated on November 30, 2022, aligning with the aforementioned Anti-Forced Labour Policy.  The *Employee Manual* outlines the rights and responsibilities of company employees and emphasizes the establishment and implementation of a robust anti-forced labor policy and procedures to ensure that employees enjoy their legal rights and interests.

- **Other key documents**:  Jiaxing Hoshine has also comprehensively revised specific procedures regarding anti-forced labor, including the Provisions on the *Administration of Child Labour and Underage Workers*[9], *Anti-Discrimination and Anti-Harassment Management Procedure*[10], *Employee Demission Regulations*[11], *Procedure of Employee Complaint Handling*[12], *Violations of Rules and Discipline and the Corresponding Measures*[13], *Management Rules for Reconsideration of Punishment Decision*[14], *Access Control Management*[15], *Management Rules of New Employee Induction Training*[16], *Staff Accommodation Management Measures*[17].  These procedures fundamentally ensure the full implementation of the *Anti-Forced Labour Policy and Commitment of Management* in each aspect of the company's daily operations.

### 5.  Implementation of Compliance Program in Hoshine

Jiaxing Hoshine ensures the implementation of its robust anti-forced labor compliance program through various means.  The key measures include:

- **Monitoring**:  Jiaxing Hoshine regularly distributes to employees the *Questionnaire for the New Employee*[18] and the *Regular Questionnaire for Employee*[19] to confirm that the company adheres to anti-forced labor policies and procedures.  The former is issued within 3-6 months after the employee starts working, and it includes inquiries about whether job advertisements aligning with the actual conditions, whether the job agency and company's employees ever demanded things or charged any fees from employees, and whether employment is voluntary.  The latter is issued regularly for the purpose of understanding the working conditions of employees and detect any signs of forced labor.[20]

- **Training**:  From January 2022 to November 2022, a total of 172 employees were hired, and all of them participated in the anti-forced labor training, achieving a participation rate of 100%.  During this period, in accordance with the *Management Rules of New Employee Induction Training*, the company conducted 39 entry training sessions with an average duration of 4 hours.  The training sessions covered various departments, including the Production Department, Quality Inspection Center, etc.  There were presentations on the

---

[8]    *See* **Exhibit 8.4,** Employee Manual.
[9]    See **Exhibit 8.5.1,** Provisions on the Administration of Child Labour and Underage Workers.
[10]   *See* **Exhibit 8.5.2,** Anti-Discrimination and Anti-Harassment Management Procedure.
[11]   *See* **Exhibit 8.5.3,** Employee Demission Regulations.
[12]   *See* **Exhibit 8.5.4,** The Procedure of Employee Complaint Handling.
[13]   *See* **Exhibit 8.5.5,** Violations of Rules and Discipline and the Corresponding Measures.
[14]   *See* **Exhibit 8.5.6,** Management Rules for Reconsideration of Punishment Decision.
[15]   *See* **Exhibit 8.5.7,** Access Control Management.
[16]   *See* **Exhibit 8.5.8,** Management Rules of New Employee Induction Training.
[17]   *See* **Exhibit 8.5.9,** Staff Accommodation Management Measures.
[18]   *See* **Exhibit 9.1,** Questionnaire for New Employee.
[19]   *See* **Exhibit 9.2,** Regular Questionnaire for Employee.
[20]   *See* **Exhibits 9.3 and 9.4** for samples of questionnaires issued.

U.S. Customs and Border Protection
September 12, 2023                **NONCONFIDENTIAL VERSION**
                     **CONFIDENTIAL INFORMATION DELETED FROM BRACKETS**

Management Rules of New Employee Introduction Training, Violations of Rules and Discipline and the Corresponding Measures, Procedure of Employee Complaint Handling, Anti-Forced Labor Procedure, etc.

On July 20th and 21st, 2022, the company collaborated with [[               ]] to conduct specialized online training sessions on anti-forced labor. The training sessions were organized separately for the personnel in HR and Operations departments, as well as the production and management departments. [[                                    ]] served as the trainer for these sessions. The training covered general corporate social responsibility topics, as well as an overview of labor rights issues, such as identifying and preventing child labor, and the legal obligations related to wages, benefits, working hours, discrimination, and the prevention of abuse.

- In August 2022, the company collaborated with [[                              ]] conducted specialized offline training sessions on anti-forced labor for employees in various departments and workshops at Jiaxing production facility. The training covered general corporate social responsibility topics, as well as an overview of labor rights issues, such as identifying and preventing child labor, and the legal obligations related to wages, benefits, working hours, discrimination, and the prevention of abuse.

### 6. Independent Third Party Audit of Jiaxing and Corrective Measures

Jiaxing Hoshine periodically assesses performance of its compliance system and evaluates the effectiveness of each compliance system components to ensure that its supply chain is free of forced labor.

- On October 19, 2022, [[          ]] conducted a 2-day on-site audit of Jiaxing Hoshine's production facility. The audit did not find any indications of the company's involvement in the 11 forced labor indicators set by the ILO. The auditor provided corrective suggestions and recommendations for specific issues, to which the company responded in a swift manner. The company has completed all the corrective measures as of November 30, 2022.[21]

- On May 20, 2022, [[             ]] conducted a 1-day Together for Sustainability audit of Jiaxing Hoshine's production facility. The audit did not find any indications of the Jiaxing production facility's involvement in the 11 forced labor indicators set by the ILO. Additionally, on May 23, 2022, [[          ]] conducted a 2-day Sedex Members Ethical Trade Audit of Jiaxing production facility. The audit also did not find any indications of the factory's involvement in the 11 forced labor indicators set by the ILO.[22]

### 7. Anti-forced labor Compliance Program for Suppliers

---

[21] *See* **Exhibit 4** for [[          ]] Audit Report, *see also* **Exhibit 10.1** for Compliance Improvement Plan and **Exhibit 10.2** for Proof of Corrective Measures.
[22] *See* **Exhibit 11** for [[          ]] Audit Reports.

10

U.S. Customs and Border Protection
September 12, 2023

Jiaxing Hoshine spares no effort to ensure that its supply chain is free of forced labor.  These are a couple of key supplier's policies and procedures in place:23/

The *Supplier Social Responsibility Management Manual* establishes the obligations and policies regarding anti-forced labor that shall be fulfilled by Jiaxing Hoshine's supply chain.  The *Supplier Social Responsibility Management Manual* incorporates the *Anti-Forced Labor Policy and Commitment of Management*.  Anti-Forced labor is one of the fundamental requirements for suppliers outlined in the manual.  Furthermore, the *Supplier Social Responsibility Management Manual* references the 11 forced labor indicators set by the ILO and mandates that suppliers, their factories and partners shall display a *Code of Conduct* containing these indicators in their workplaces.

The *Supplier Social Responsibility Management Manual* also provides guidance, principles, and expectations regarding Jiaxing Hoshine's supplier social responsibility management.  It outlines how the company achieves these expectations during the supplier selection, assessment, and ongoing monitoring processes.  The manual provides a detailed description of the procedures, assessment criteria, and qualification certification process.  It also introduces tools and templates used by Jiaxing Hoshine to monitor suppliers, such as the *Supplier Evaluation Form*, ensuring responsible and ethical production processes by suppliers.

Jiaxing Hoshine has also developed and implemented the *Supply Chain Anti-Forced Labor Internal Risk Management Procedure*.  This enables the company to identify potential forced labor risks within its supply chain and address them through assessment, investigation, remediation, and follow-up processes.  By taking these measures, Jiaxing Hoshine actively corrects any forced labor risks in its supply chain and enhances its anti-forced labor framework.

### 8.  Implementation of Compliance Program for Suppliers

In order to ensure the anti-forced labor compliance program is implemented among its suppliers, Jiaxing Hoshine distributes the *Supplier Code of Conduct Questionnaire* to its suppliers.  This survey is conducted once a year, and all recipients of the questionnaire are required to provide truthful responses.  The *Supplier Code of Conduct Questionnaire* is a part of the *Supply Chain Anti-Forced Labor Internal Risk Management Procedure*.  Both the *Supplier Code of Conduct Questionnaire* and an example of the completed questionnaire can be found in **Exhibit 13**.  From January 2022 to November 2022, the company distributed the *Supplier Code of Conduct Questionnaire* to all 21 suppliers.  Based on the collected responses, no potential forced labor risks were identified within the supply chain.  The company also requires suppliers to provide a receipt of the *Supplier Code of Conduct* and a commitment to strictly adhere to the requirements regarding anti-forced labor social responsibility.24/

The company also extends its labor rights training program to its supply chain.  For example, on September 26, 2022, an online compliance culture training session was conducted for suppliers regarding the *Supplier Code of Conduct*.25/  Approximately 32 participants attended the training.  The training focused on providing compliance recommendations regarding labor rights, interpretation of forced labor indicators, health and safety, environmental protection, and

---

23/     *See* **Exhibit 12** for suppliers' policies and procedures.
24/     *See* **Exhibit 13.3**, Receipts of the Supplier Code of Conduct.
25/     *See* **Exhibit 14,** Supplier Training Records.

11

U.S. Customs and Border Protection
September 12, 2023

**NONCONFIDENTIAL VERSION**
**CONFIDENTIAL INFORMATION DELETED FROM BRACKETS**

conducting exemplary factory audits. The session also involved sharing experiences in implementing the *Supplier Code of Conduct*.

## V.    REQUEST FOR CONFIDENTIAL TREATMENT

Jiaxing Hoshine respectfully requests confidential treatment for this response in its entirety because this response contains proprietary business and trade sensitive information not otherwise available to the public that would be harmful to Jiaxing Hoshine's competitive position in the industry in which it operates. This request includes, but is not limited to, invoking the appropriate exemptions in responding to any request for documents in the Freedom of information Act (5 U.S.C. § 522).

## VI.    CONCLUSION

Jiaxing Hoshine is willing to supplement the substantial information herein provided and to work with CBP closely on this matter. The company respectfully requests CBP and other relevant US government agencies to modify the Hoshine WRO to exclude silicone products produced by Jiaxing Hoshine in its production facility located at Jiaxing city.

\*        \*        \*

Thank you for your attention to this important matter. We would be pleased to provide further information or clarification upon request. Please contact the undersigned at [[                                    ]] and craig.lewis@hoganlovells.com should you have any questions concerning this submission.

Respectfully submitted,

/s/_____
[[                ]]
Craig A. Lewis

**HOGAN LOVELLS US LLP**
Columbia Square Building
555 Thirteenth Street, N.W.
Washington, D.C. 20004-1109

*Counsels to Hoshine Silicon (Jia Xing) Industry Co., Ltd*

12

U.S. Customs and Border Protection
September 12, 2023

**NONCONFIDENTIAL VERSION
CONFIDENTIAL INFORMATION DELETED FROM BRACKETS**

## Exhibit List

| No. | Title |
|-----|-------|
| 1 | Resolution on the Transfer of Assets between the Parent and the Subsidiary |
| 2 | Jiaxing Hoshine's Production Safety License |
| 3 | Jiaxing Hoshine's Business License |
| 4 | [[          ]] Audit Report |
| 5 | Jiaxing Hoshine's Production Flow Chart |
| 6 | Jiaxing Hoshine's Supply Chain Mapping |
| 7 | Supply Chain Traceability Documents |
| 7.1 | Supply Chain Traceability Route Map |
| 7.2 | Supply Chain Tracing Documents |
| 8 | Anti-forced Labor Compliance Program Policy and Procedure |
| 8.1 | Anti-forced Labour Policy and Commitment of Management |
| 8.2 | Handbook Social Responsibility Management |
| 8.3 | Anti-Forced Labour Procedure |
| 8.4 | Employee Manual |
| 8.5 | Other Key Policy and Procedure Documents |
| 9 | Employee Questionnaires and Samples |
| 9.1 | Questionnaire for New Employee |
| 9.2 | Regular Questionnaire for Employee |
| 9.3 | Sample of the Questionnaire for New Employee |
| 9.4 | Sample of the Regular Questionnaire for Employee |
| 10 | Corrective Measures |
| 10.1 | Compliance Improvement Plan |
| 10.2 | Proof of Corrective Measures |
| 11 | [[          ]] Audit Reports |
| 12 | Supplier Policy and Procedure |
| 12.1 | Supplier Social Responsibility Management Manual |
| 12.2 | Supplier Code of Conduct |
| 12.3 | Supplier Evaluation Form Template |
| 12.4 | Supply Chain Anti-Forced Labor Internal Risk Management Procedure |
| 13 | Supplier Questionnaires |
| 13.1 | Supplier Code of Conduct Questionnaire |
| 13.2 | Questionnaire Response Samples |
| 13.3 | Receipts of the Supplier Code of Conduct |
| 14 | Supplier Training Records |
| 14.1 | Invitation Letter for Training |
| 14.2 | Training Records |
| 14.3 | Training Attendance Form |
| 14.4 | Training Slide Deck |