# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **HOSHINE SILICON (JIA XING) INDUSTRY CO., LTD.,** <br><br> Plaintiff, <br><br> v. <br><br> **UNITED STATES ET AL.,** <br><br> Defendants. | **Before: Claire R. Kelly, Judge** <br><br> **Court No. 24-00048** |

## ORDER

Upon review of Defendant's Consent Motion for Voluntary Remand and to Stay this Matter, see ECF No. 64, and good cause having been shown pursuant to U.S. Court of International Trade Rule 1, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the November 3, 2023, determination by U.S. Customs and Border Protection ("CBP") as to Hoshine Silicon (Jia Xing) Industry Co., Ltd.'s ("Jiaxing Hoshine") request to modify the withhold release order ("WRO") issued to Hoshine Silicon Industry Co., Ltd. ("Hoshine"), and Hoshine's subsidiaries, is remanded to CBP for reconsideration; and it is further

**ORDERED** that this matter shall be stayed until Thursday, September 11, 2025; and it is further

**ORDERED** that the parties shall file a joint status report 14 days prior to the expiration of the stay to notify the Court of the status of the administrative proceeding.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

Dated:    May 14, 2025
          New York, New York