IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| HOSHINE SILICON (JIA XING) INDUSTRY CO., LTD., Plaintiff, v. UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; KRISTI L. NOEM, *in her official capacity as the Secretary of the Department of Homeland Security*; and PETE R. FLORES, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*, Defendants. | Court No. 24-00048 |

**JOINT STATUS REPORT AND MOTION TO STAY**

Pursuant to the Court's May 14, 2025 Order, ECF No. 65, the parties submit this joint status report and motion to continue the Court's stay of this matter during the pendency of the administrative proceedings.

As the Court is aware, remaining before the Court is Hoshine Silicon (Jia Xing) Industry Co., Ltd.'s (Jiaxing Hoshine) challenge to U.S. Customs and Border Protection's (CBP) denial of its request to modify the withhold release order (WRO) issued to Hoshine Silicon Industry Co., Ltd. (Hoshine), and Hoshine's subsidiaries. On May 14, 2025, the Government filed a consent motion for a voluntary remand and to stay this matter pending reconsideration of CBP's denial, which was granted that same day. ECF No. 64 & 65. The parties have been proceeding expeditiously through the administrative process. Specifically, on May 30, 2025, shortly after the remand, CBP issued a questionnaire to Jiaxing Hoshine, and Jiaxing Hoshine responded to the questionnaire on July 16, 2025. The response included more than 7,000 pages of documents. CBP

1

is still considering that response. In addition, the parties have agreed to certain additional administrative steps.

In light of this progress, the parties agree that this matter should remain stayed for an additional period of 90 days to permit CBP to complete the administrative process and issue its decision. *See Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936) ("[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants."). As was the case with the previous stay, the parties propose providing a status report to the Court fourteen days prior to the termination of the stay. The parties remain optimistic that the administrative proceedings can be completed within the additional 90-day time period.

The parties therefore respectfully request that this matter be stayed for a period of 90 days while CBP continues to reconsider its denial of Jiaxing Hoshine's request to modify the WRO issued to Hoshine and its subsidiaries.

*Joint Status Report and Motion to Stay*
*Hoshine Silicon (Jia Xing) Indus. Co., Ltd. v. United States, Court No. 24-0048*

                Respectfully submitted,

By:   /s/ Craig Lewis
       CRAIG LEWIS
       Jonathan T. Stoel
       Kelly Zhang
       HOGAN LOVELLS US LLP
       Columbia Square
       555 Thirteenth Street, N.W.
       Washington, DC 20004-1109
       (202) 637-8613
       craig.lewis@hoganlovells.com
       *Counsel for Plaintiff*


BRETT A SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

CLAUDIA BURKE
Deputy Director

By:   /s/ Justin R. Miller
       JUSTIN R. MILLER
       Attorney-In-Charge
       International Trade Field Office

       /s/ Monica P. Triana
       MONICA P. TRIANA
       Senior Trial Counsel
       Department of Justice, Civil Division
       Commercial Litigation Branch
       26 Federal Plaza – Room 346
       New York, New York 10278
       Tel. (212) 264-9240 or 9230

Dated: August 28, 2025       *Attorneys for Defendants*