**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **HOSHINE SILICON (JIA XING) INDUSTRY CO., LTD.,**<br><br>    Plaintiff,<br><br>v.<br><br>**UNITED STATES ET AL.,**<br><br>    Defendants. | Before: Claire R. Kelly, Judge<br><br>Court No. 24-00048 |

**ORDER**

Upon review of Defendant's Consent to Stay this Matter, <u>see</u> ECF No. 66, and good cause having been shown pursuant to U.S. Court of International Trade Rule 1, it is

**ORDERED** that the motion is granted; and it is further

**ORDERED** that this matter shall be stayed until Wednesday, November 26, 2025; and it is further

**ORDERED** that the parties shall file a joint status report 14 days prior to the expiration of the stay to notify the Court of the status of the administrative proceeding.

/s/ Claire R. Kelly<br>Claire R. Kelly, Judge

Dated:    August 29, 2025
         New York, New York