IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| HOSHINE SILICON (JIA XING) INDUSTRY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; KRISTI L. NOEM, *in her official capacity as the Secretary of the Department of Homeland Security*; and PETE R. FLORES, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*, <br><br> Defendants. | Court No. 24-00048 |

**JOINT STATUS REPORT**

Pursuant to the Court's January 13, 2026 Order, ECF No. 75, the parties submit this joint status report.

Remaining before the Court is Plaintiff's, Hoshine Silicon (Jia Xing) Industry Co. Ltd ("Jiaxing Hoshine"), challenge to U.S. Customs and Border Protection's (CBP) denial of its request to modify the withhold release order (WRO) issued to Hoshine Silicon Industry Co., Ltd. (Hoshine), and Hoshine's subsidiaries, including Jiaxing Hoshine. On May 14, 2025, the Government filed a consent motion for a voluntary remand and to stay this matter pending reconsideration of CBP's denial, which was granted that same day. ECF Nos. 64 & 65. Since that time, the parties have been proceeding diligently through the administrative process. On May 30, 2025, shortly after the remand request was granted, CBP issued a questionnaire to Jiaxing Hoshine,

1

and Jiaxing Hoshine responded to the questionnaire on July 16, 2025. The parties filed a joint status report and motion to continue the stay on August 28, 2025, in light of CBP's need for additional time. ECF No. 66. The Court then continued the stay of this matter until November 26, 2025. Order, ECF No. 67.

On November 25, 2025, following the lapse in appropriations for certain functions of the United States government, the Court again granted defendant's motion to extend the stay for an additional sixty days, or until January 26, 2026. Order, ECF. No. 72. Finally, the stay was extended until February 23, 2026. Order, ECF No. 75. As noted in the previous filing, the parties had agreed to certain additional administrative steps. The parties anticipate that the additional administrative steps will be completed by the expiration of the current stay, and a remand determination will be issued at that time.

The parties thank the Court for its patience as the parties complete the administrative proceedings necessary on remand. We propose the submission of a joint proposed schedule governing all remaining proceedings in this matter to be filed within seven days of the expiration of the stay.

|  |  |
|---|---|
|  | Respectfully submitted, |
| By: | /s/ Craig A. Lewis<br>Craig A. Lewis<br>Jonathan T. Stoel<br>Emma T. Hunter [1]<br>Lindsay K. Brown<br>HOGAN LOVELLS US LLP<br>Columbia Square<br>555 Thirteenth Street, N.W.<br>Washington, DC 20004-1109<br>(202) 637-8613<br>craig.lewis@hoganlovells.com<br>*Counsel for Plaintiff* |
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | CLAUDIA BURKE<br>Deputy Director |
| By: | /s/ Justin R. Miller<br>JUSTIN R. MILLER<br>Attorney-In-Charge<br>International Trade Field Office |
| Dated: February 9, 2026 | /s/ Monica P. Triana<br>MONICA P. TRIANA<br>Senior Trial Counsel<br>Department of Justice, Civil Division<br>Commercial Litigation Branch<br>26 Federal Plaza – Room 346<br>New York, New York 10278<br>Tel. (212) 264-9240 or 9230<br>*Attorneys for Defendants* |

---

[1] DC Bar application pending, practice pursuant to Rule 49(c)(3), DC Courts, and supervised by DC Bar members.