IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| HOSHINE SILICON (JIA XING) INDUSTRY CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; SECRETARY *of the Department of Homeland Security[1]*; and RODNEY S. SCOTT, *in his official capacity as the Commissioner for U.S. Customs and Border Protection*, <br><br> Defendants. | Court No. 24-00048 |

**JOINT STATUS REPORT**

Pursuant to the Court's March 3, 2026, Order, ECF No. 80, the parties submit this joint status report and proposed schedule of deadlines to govern the remainder of this proceeding.

1.      This case began as a challenge by Plaintiff, Hoshine Silicon (Jia Xing) Industry Co. Ltd. (Jiaxing Hoshine), to U.S. Customs and Border Protection's (CBP) denial of a request to modify the withhold release order (WRO) issued to Hoshine Silicon Industry Co., Ltd. (Hoshine), and Hoshine's subsidiaries, including Jiaxing Hoshine.  On May 14, 2025, Defendants filed a consent motion for a voluntary remand, which this Court granted.  ECF Nos. 64 & 65.  The Court also stayed the case while CBP conducted that remand.

---

[1]      Pursuant to USCIT R.25(d), the officer previously named in this suit's successor in office is automatically substituted as a party.

2.  CBP conducted its remand over the course of the following nine months, during which time the case remained stayed.  Plaintiff participated in that remand, responding to CBP's questionnaires and providing additional information.  On February 24, 2026, CBP informed Plaintiff that it had completed the remand, and was once again denying Plaintiff's request for modification of WRO to exclude it from the scope of the WRO.

3.  Following the completion of the remand, and pursuant to the Court's March 3, 2026, Order, Defendants filed the confidential and public results of redetermination on the Court's docket.  Confidential Remand Results, ECF No. 81; Public Remand Results, ECF No. 82.  The parties requested additional time to coordinate the appropriate next steps in light of CBP's new decision in this case.

4.  Plaintiff has informed Defendants that it intends to challenge CBP's remand redetermination.  To facilitate an expeditious resolution of that challenge, the parties have agreed on the following schedule for further proceedings:

| | |
|---|---|
| April 14, 2026: | Defendants file administrative record |
| April 28, 2026: | Plaintiff files any amended complaint |
| June 29, 2026: | Plaintiff files motion for judgment on the agency record |
| August 29, 2026: | Defendants file response brief |
| September 28, 2026: | Plaintiff files reply brief |
| October 15, 2026: | Deadline for motion for oral argument |

5.  The parties therefore respectfully request that the Court enter this schedule. A proposed order reflecting this proposed schedule is attached.

Respectfully submitted,

By:    /s/ Craig A. Lewis
Craig A. Lewis
Jonathan T. Stoel
Emma T. Hunter
Lindsay K. Brown
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
(202) 637-8613
craig.lewis@hoganlovells.com
*Counsel for Plaintiff*

Dated: March 17, 2026


BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

CLAUDIA BURKE
Deputy Director

/s/ Justin R. Miller

By:    JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

/s/ Monica P. Triana
MONICA P. TRIANA
Senior Trial Counsel
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza – Room 346
New York, New York 10278
Tel. (212) 264-9240 or 9230
*Attorneys for Defendants*

Dated: March 17, 2026

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| HOSHINE SILICON (JIA XING) INDUSTRY CO., LTD.,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; SECRETARY *of the Department of Homeland Security*; and RODNEY S. SCOTT, *in his official capacity as the Commissioner for U.S. Customs and Border Protection*,<br><br>        Defendants. | Court No. 24-00048 |

## **SCHEDULING ORDER**

Upon consideration of the joint status report proposing deadlines to govern the remainder of the proceedings in this case, and pursuant to USCIT Rule 56.1, it is

**ORDERED** that the stay previously ordered in this proceeding is hereby lifted, and further

**ORDERED** that the deadlines to govern the remainder of proceedings in this case will be as follows:

| | |
|---|---|
| April 14, 2026: | Defendants file administrative record |
| April 28, 2026: | Plaintiff files any amended complaint |
| June 29, 2026: | Plaintiff files motion for judgment on the agency record |
| August 29, 2026: | Defendants file response brief |
| September 28, 2026: | Plaintiff files reply brief |
| October 15, 2026: | Deadline for motion for oral argument |

**SO ORDERED.**

/s/ _____
Claire R. Kelly, Judge

Dated: _____
    New York, NY