FORM 8

IN THE UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE CLAIRE R. KELLY, JUDGE

HOSHINE SILICON (JIA XING) INDUSTRY CO., LTD.,

Plaintiff,

v.

UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES CUSTOMS AND BORDER PROTECTION; MARKWAYNE MULLIN, *in his official capacity as the Secretary of the Department of Homeland Security*; and RODNEY S. SCOTT, *in his official capacity as the Senior Official Performing the Duties of the Commissioner for U.S. Customs and Border Protection*,

Defendants.

Court No. 24-00048

**STIPULATION OF DISMISSAL**

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action with prejudice.

Respectfully submitted,

/s/ Craig A. Lewis
Craig A. Lewis
Jonathan T. Stoel
Emma T. Hunter
Lindsay K. Brown
HOGAN LOVELLS US LLP
Columbia Square
555 Thirteenth Street, N.W.
Washington, DC 20004-1109
(202) 637-8613
craig.lewis@hoganlovells.com
*Counsel for Plaintiff*

Dated: July 15, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-in-Charge
International Trade Field Office

/s/ Monica P. Triana
MONICA P. TRIANA
Senior Trial Counsel
U.S. Dept. of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 20378
(212) 264-9240
*Attorneys for Defendant*

**ORDER OF DISMISSAL**

This action, having been voluntarily noticed for dismissal by all parties having appeared in this action, Court No. 24-00048 is dismissed.

Dated: ______________________

Clerk, U. S. Court of International Trade

By: _________________________________
Deputy Clerk